IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER BECKWITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>VOYA FINANCIAL ADVISORS,<br>INC., RELIASTAR LIFE<br>INSURANCE COMPANY,<br>RELIASTAR LIFE INSURANCE<br>COMPANY GROUP MONTHLY<br>DISABILITY INCOME INSURANCE<br>PLAN, and DOES 1-10,<br><br>                    Defendants. | CV 20-15-BLG-SPW<br><br><br>ORDER |

Defendants moves for the admission of Joshua Bachrach to practice before the Court in the above captioned matter with Mikel L. Moore of Kalispell, Montana, designated as local counsel.  The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants' motion to admit Joshua Bachrach to appear *pro hac vice* (Doc. 10) is GRANTED and he is authorized to appear as

1

counsel with Mikel L. Moore pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this _15th_ day of June, 2020.

SUSAN P. WATTERS
United States District Judge