

FILED

JUN 2 3 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER BECKWITH,<br><br>Plaintiff,<br>v.<br><br>VOYA FINANCIAL ADVISORS, INC., RELIASTAR LIFE INSURANCE COMPANY, RELIASTAR LIFE INSURANCE COMPANY GROUP MONTHLY DISABILITY INCOME INSURANCE PLAN, and DOES 1-10,<br><br>Defendants. | Case No. 1:20-CV-00015-BLG-SPW<br><br><br>ORDER STAYING CASE PENDING MEDIATION |

The Court entered the operative Preliminary Pretrial Order on May 4, 2020 (Doc 7). The parties have timely complied with the Court's Preliminary Pretrial Order, through ¶5 of the Order.

On June 15, 2020, Defendants filed a Motion to Dismiss Counts II, III and IV of Plaintiff's Amended Complaint, with a Brief In Support. (Docs. 8 and 9).

The parties have conferred regarding preliminary pretrial matters in

1

accordance with the Court's Preliminary Pretrial Order, and after consideration of the pending Motion to Dismiss, the parties have agreed to schedule and conduct a mediation. The parties agree that an early mediation is in their respective clients' best interests.

The parties also submit that early mediation has the meaningful potential to conserve the parties' and the Court's resources.

Should mediation prove unsuccessful, the parties requested that they be allowed to request the Court to issue a Preliminary Pretrial Order for the purpose of proceeding with the orderly conduct of the action. Therefore,

Upon Defendants' unopposed motion requesting this Court to stay these proceedings (Doc. 14), vacate preliminary pretrial dates, vacate response and reply dates for the Defendants' pending Motion to Dismiss, vacate disclosure and discovery response dates, and allow the parties 90 days within which to schedule and conduct a mediation,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 14) is **GRANTED** and the above-captioned case is **STAYED** pending mediation. Should mediation prove unsuccessful, either party may seek rescheduling of preliminary pretrial dates and the corresponding trial preparation and trial dates.

**IT IS FURTHER ORDERED** that all deadlines outlined in the Court's Preliminary Pretrial Order (Doc. 7) are **VACATED** to allow the parties to schedule

and conduct a mediation. In addition, all deadlines for response and reply to Defendants' Motion to Dismiss (Doc. 8 and 9), and deadlines for disclosures and discovery responses are **VACATED**.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference, currently scheduled for **July 1, 2020 at 2:30 p.m., is VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 23rd day of June 2020.

SUSAN P. WATTERS
U.S. District Court Judge