IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER BECKWITH,<br><br>Plaintiff,<br><br>vs.<br><br>VOYA FINANCIAL ADVISORS, INC., RELIASTAR LIFE INSURANCE COMPANY, RELIASTAR LIFE INSURANCE COMPANY GROUP MONTHLY DISABILITY INCOME INSURANCE PLAN, and DOES 1-10,<br><br>Defendants. | Case No. CV 20-15-BLG-SPW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon Stipulation for Dismissal with Prejudice (Doc. 31) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party bearing their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of March, 2021.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE